



# MEMORANDUM OPINION

No. 04-11-00319-CV

## IN THE MATTER OF R.G.G., Jr.

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-JUV-00308
Honorable Laura Parker, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
Rebecca Simmons, Justice
Steven C. Hilbig, Justice

Delivered and Filed:  July 13, 2011

DISMISSED

Appellant has filed a motion to dismiss this appeal from a juvenile adjudication and disposition, stating he no longer wishes to pursue the appeal. Appellee does not oppose the dismissal. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the appellant.

PER CURIAM